PROB 12C
(6/16)

Report Date: May 11, 2018

# United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

for the

**May 11, 2018**

Eastern District of Washington

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Francisco Villa-Meraz        Case Number: 0980 2:11CR06023-RMP-1

Address of Offender: 

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: August 24, 2011

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine and 5 Kilograms or More of a Mixture or Substance containing Cocaine, 21 U.S.C. § 846 |
| Original Sentence: | Prison 70 months; TSR - 60 months |
| Asst. U.S. Attorney: | U.S. Attorney's Office |
| Defense Attorney: | Federal Defender's Office |

Type of Supervision: Supervised Release

Date Supervision Commenced: 12/23/2015

Date Supervision Expires: 12/22/2020

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry. |

**Supporting Evidence**: According to the warrant of removal/deportation event CAX1804000029, dated April 3, 2018, Mr. Villa-Meraz was contacted by a U.S. Border Patrol agent on April 2, 2018, in Calexico, California. It was determined that Mr. Villa-Meraz had entered the United States unlawfully from Mexico. Mr. Villa-Marez also admitted to the border patrol agent that he had in fact, entered the United States illegally. Mr. Villa-Meraz was removed to Mexico as part of the Alien Transfer Exit Program through San Ysidro, California.

Mr. Villa-Meraz entered the United States without advance legal permission from the United States Attorney General or his designee on or about April 2, 2018, in violation of his special condition number 14 of the terms of his supervised release.

Prob12C
**Re: Villa-Meraz, Francisco**
May 11, 2018
Page 2

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/11/2018

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

5/11/2018
Date